1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  RODNEY LEE JULIUS, SR.,

9                           Plaintiff,

10               v.

11  CAROLYN W. COLVIN, Commissioner of
Social Security,

12                           Defendant.

13

Case No. C15-961-BJR-BAT

**REPORT AND
RECOMMENDATION**

14        Plaintiff appeals the denial of his application for disability benefits.  Dkt. 1.  The parties

15  stipulate the case should be reversed and remanded.  Dkt. 17.  The Court has considered the

16  stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under

17  sentence four of 42 U.S.C. § 405(g).

18        On remand, the Appeals Council will instruct the Administrative Law Judge to offer the

19  claimant a new hearing, take any further action needed to develop the administrative record and

20  issue a new decision.

21        The parties further stipulate that Mr. Julius will be entitled to reasonable attorney

22  pursuant to 28 U.S.C. § 2412 *et seq*.

23        Because the parties have stipulated the case be remanded as set forth above, the Court

REPORT AND RECOMMENDATION - 1

1    recommends that United States District Judge Barbara J. Rothstein immediately approve this

2    Report and Recommendation and order the case **REVERSED** and **REMANDED** for further

3    administrative proceedings as set forth above.  A proposed order accompanies this Report and

4    Recommendation.

5           DATED this 26th day of January, 2016.

6

7

8                                                  BRIAN A. TSUCHIDA
                                                   United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2